UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                       Case No.

$919,251.94 SEIZED FROM
THREE GROW FINANCIAL
CREDIT UNION ACCOUNTS,
A 2016 SILVER LEXUS RC 350,
AND APPROXIMATELY $809.94
HELD IN GROW FINANCIAL CREDIT
UNION ACCOUNT 0001522160553

     Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

In accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff the United States of America brings this complaint and alleges upon information and belief as follows:

## NATURE OF THE ACTION

1.     This is a civil action *in rem* to forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2):   (1) $919,251.94 seized from three accounts at Grow Financial Credit Union (Grow Financial), held in the name of Ramon Christopher Blanchett; (2) a

2016 silver Lexus RC 350 registered in the name of Blanchett; and (3)

approximately $809.94 held in Blanchett's Grow Financial account number

0001522160553 (collectively, the Defendant Assets), because they constitute

or are derived from proceeds traceable to a violation of 18 U.S.C. § 1343.

The Defendant Assets are thus property constituting or derived from proceeds

traceable to a violation of an offense constituting "specified unlawful activity"

(as defined in 18 U.S.C. § 1956(c)(7)) and are subject to civil forfeiture to the

United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction over an action

commenced by the United States by virtue of 28 U.S.C. § 1345, and over an

action for forfeiture by virtue of 28 U.S.C. § 1355.

3.     This Court has *in rem* jurisdiction over the Defendant Assets

because venue properly lies in the Middle District of Florida pursuant to 28

U.S.C. § 1395.

4.     Venue is proper in the United States District Court for the

Middle District of Florida, pursuant to 28 U.S.C. § 1395(b), because the

Defendant Assets were found and seized in this district.

5.     Because the $919,251.94 and the 2016 silver Lexus RC350 are in

the government's possession, custody, and control, the United States requests

that the Clerk of Court issue an arrest warrant *in rem*, upon the filing of the

complaint, pursuant to Supplemental Rule G(3)(b)(1).

6.     With regard to the approximately $809.94 held in Grow

Financial account number 0001522160553, the United States requests that the

Court enter an order finding that probable cause exists to believe that the

funds are subject to forfeiture and directing the Clerk of Court to issue an

arrest warrant *in rem* for the funds.

7.     The United States will then execute the warrants on the

Defendant Assets pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule

G(3)(c).

## THE DEFENDANT *IN REM*

8.     The Defendant Assets consist of:

   (a)     $919,251.94 seized from three Grow Financial accounts
held in Blanchet's name, specifically:

      (1)     $165,727.43 from Savings Account Number
002216055,

      (2)     $710,080.50 from Grow Financial Money Market
Account Number 001022160558, and

      (3)     $43,453.96 from Grow Financial Checking Account
Number 001522160553, which were held in
Blanchett's name;

   (b)     a 2016 silver Lexus RC 350, registered to Blanchett and
bearing Florida license plate number CGH8506; and

3

(c)     approximately $809.94 held in Grow Financial Checking
        Account Number 0001522160553.

## BASIS FOR FORFEITURE

9.      Pursuant to Title 18, United States Code, Section 1343, it is a
crime to engage in wire fraud.   That statute makes it unlawful to devise any
scheme or artifice to defraud, or to obtain money by means of false or
fraudulent pretenses, representations, or promises, if the person transmits or
causes to be transmitted by means of wire communication in interstate or
foreign commerce any writings for the purpose of executing such scheme or
artifice.   18 U.S.C. § 1341.

10.     The Defendant Assets are proceeds of, or traceable to, a wire
fraud scheme that operated in violation of 18 U.S.C. § 1343, as described
below.   Because the Defendant Assets represent proceeds of a violation of 18
U.S.C. § 1343, they are subject to forfeiture pursuant to 18 U.S.C. §
981(a)(1)(C), which authorizes the United States to civilly forfeit any property
that constitutes or is derived from proceeds traceable to a "specified unlawful
activity," as defined in 18 U.S.C.§ 1956(c)(7).   "Specified unlawful activity,"
is defined in 18 U.S.C. § 1956(c)(7) to include offenses listed in 18 U.S.C. §
1961(1), which, in turn, includes wire fraud conducted in violation of 18
U.S.C. § 1343.

11.     As required by Rule G(2)(f), the facts set forth below support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, they support a reasonable belief that the government will be able to show by a preponderance of the evidence that the Defendant Assets are proceeds of wire fraud.

12.     Specific details of the facts and circumstances supporting the forfeiture of the Defendant Assets have been provided by Internal Revenue Service, Criminal Investigations (IRS-CI) Special Agent Glenn Hayag, who states as follows:

## FACTS

13.     At all times relevant to this complaint, Glenn Hayag has been employed as a Special Agent with the IRS-CI.   Agent Hayag is currently assigned to the Tampa Field Office where he investigates and makes arrests and seizures for offenses related to Titles 18, 26, and 31 of the United States Code.   His duties include conducting complex financial investigations of individuals and businesses involving violations of the Internal Revenue laws, other fraudulent activities, and money laundering offenses.

14.     On or about February 21, 2017, Blanchett electronically filed a 2016, Form 1040, Federal Income Tax Return (Form 1040).   The form was self-prepared.

15.     Blanchett reported wages from two Forms W-2 totaling $18,497.
Blanchett listed his occupation as "free-lancer."

16.     Blanchett also reported income tax withholding of $1,000,000,
which resulted in an income tax refund of $980,000.   Blanchett applied
$20,000 to his 2017 estimated tax.

17.     The first Form W-2 for Blanchett reflected the employer as
Bridges Nursing and Rehabilitation (Bridges) located at 1240 Marbella Plaza
Drive, Tampa, FL 33619.   Box 1 showed wages of $17,098; Box 2 shows
$1,000,000 of federal income tax withholding. In actuality, Blanchett was only
paid $2,098 in wages from Bridges and no income tax was withheld.

18.     The second Form W-2 for Blanchett reflected the employer as
Sizzling Platter, LLC located at 348 East Winchester, Suite 200, Murray, UT
84107.   Box 1 showed wages of $1,399; Box 2 shows $0 of federal income tax
withholding.   This Form W-2 was accurate.

19.     Based on Blanchett's submission of the Form 1040, falsely
representing that $1,000,000 in taxes had been withheld, the U.S. Treasury
issued check number 403808854305, made payable to Blanchett, for $980,000.

20.     Blanchett deposited the U.S. Treasury check into two SunTrust
accounts:   $979,000 was deposited into SunTrust account 1000195178776
and $1,000 was deposited into SunTrust account 1000208234376.

21.   After having frozen the funds for suspected fraud, on May 16, 2018, SunTrust mailed a closing letter to Blanchett with cashier's check number 16581477, in the amount of $980,000.

22.   Blanchett opened Grow Financial Money Market Account Number 0001022160558 by depositing a cashier's check from SunTrust Bank in the amount of $980,000 on or about July 27, 2018.   Blanchett falsely represented to Grow Financial that the funds were from the estate of his deceased father.

23.   On or about August 8, 2018, Blanchett transferred $50,000 from the Grow Financial Money Market Account to his Grow Financial Savings Account (account number 002216055) and transferred $20,000 from the Grow Financial Money Market Account to his Grow Financial Checking Account (account number 0001522160553).   Later that same day, Blanchett transferred $30,000 from Savings Account Number 002216055 to Checking Account Number 0001522160553.

24.   On or about August 9, 2018, Blanchett transferred $200,000 from his Grow Financial Money Market Account to Saving Account Number 002216055.

25.     Blanchett later withdrew $49,117.59 in the form of a cashier's check from Grow Financial Checking Account Number 0001522160553, and on August 9, 2018, used those funds to purchase the 2016 silver Lexus RC350.

26.     IRS-CI seized the 2016 Lexus RC 350, pursuant to a federal seizure warrant.

27.     On August 21, 2018, Grow Financial issued to IRS-CI a cashier's check for the remaining balance of the funds in Blanchett's accounts, which totaled $919,251.94, pursuant to a federal seizure warrant.

28.     On August 9, 2018, Blanchett obtained car insurance for the silver Lexus RC 350 from Progressive Insurance.   The $1,452 policy premium was paid from Checking Account Number 0001522160553.   Once Blanchett no longer had possession of a vehicle, it appears that he cancelled the car insurance policy and Progressive Insurance refunded him the remainder of the premium.   On November 1, 2018, the $809.94 Progressive Insurance refund was credited to Blanchett's Grow Financial Checking Account.

29.     Based on the foregoing, probable cause exists to believe that the Defendant Assets are subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(C) as proceeds of wire fraud in violation of 18 U.S.C.§ 1343.

## CONCLUSION

30.     As required by Supplemental Rule G(2)(f), the facts set forth

herein support a reasonable belief that the government will be able to meet its

burden of proof at trial.

Dated: January 18, 2019          Respectfully submitted,

                                 MARIA CHAPA LOPEZ
                                 United States Attorney

By:

                                 JAMES A. MUENCH
                                 Assistant United States Attorney
                                 Florida Bar No. 472867
                                 400 North Tampa Street, Suite 3200
                                 Tampa, Florida 33602
                                 Telephone: (813) 274-6000
                                 Facsimile: (813) 274-6220
                                 E-mail: james.muench2@usdoj.gov

## VERIFICATION

I, Glenn B, Hayag, hereby verify and declare under penalty of perjury, that I am a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI), and pursuant to 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case together with other IRS Special Agents.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of January, 2019.

Glenn B. Hayag, Special Agent
Internal Revenue Service,
Criminal Investigations

10

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

This JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.   This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S.  PLAINTIFF CASES)

## DEFENDANTS

$919,251.94 SEIZED FROM THREE GROW FINANCIAL CREDIT UNION ACCOUNTS, A 2016 SILVER LEXUS RC 350, AND APPROXIMATELY $809.94 HELD IN GROW FINANCIAL CREDIT UNION ACCOUNT 0001522160553

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James A. Muench, AUSA
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6000

ATTORNEYS (IF KNOWN)

N/A

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

x 1 U.S. Government
Plaintiff

☐ 2 U.S. Government

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in one box for plaintiff
(For Diversity Cases Only)                          and one box for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | 4 |
| Citizen of Another State | ☐ 2 | 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | 3 | Foreign Nation | ☐ 6 | 6 |

## IV.   NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupation Safety/Heath<br>x 690 Other | ☐ 422 Appeal 28 USC158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 210 Land condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**REAL PROPERTY** | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN                                                                                        (PLACE AN "X" IN ONE BOX ONLY)

x 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Judge from Magistrate Judgment

Appeal to District

## VI. CAUSE OF ACTION   ( CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

GOVERNMENT SEEKS FORFEITURE PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 881(a)(6)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND     ☐ YES     x NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
Case No. 8:18-MJ-1763-T-AAS and 8:18-MJ-1764-T-AAS

DATE
0/18/19

SIGNATURE OF ATTORNEY OF RECORD
s/James A. Muench

JAMES A. MUENCH, ASSISTANT U.S. ATTORNEY

FOR OFFICE USE ONL

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____