UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 8:19-cv-144-T-27AEP

$919,251.94 SEIZED FROM
THREE GROW FINANCIAL
CREDIT UNION ACCOUNTS,
A 2016 SILVER LEXUS RC 350,
AND APPROXIMATELY $809.94
HELD IN GROW FINANCIAL CREDIT
UNION ACCOUNT 0001522160553

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    x    IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *In the Matter of the Seizure of Silver Lexus, RC350 . . . .*, Case Number: 8:18MJ1763AAS (M.D. Fla.)

- *In the Matter of the Seizure of Approximately $919,251.94 on deposit . . . .*, Case Number: 8:18MJ1764AAS (M.D. Fla.)

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date: January 23, 2019    Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov