UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 8:19-cv-144-T-27AEP

$919,251.94 SEIZED FROM
THREE GROW FINANCIAL
CREDIT UNION ACCOUNTS,
A 2016 SILVER LEXUS RC 350,
AND APPROXIMATELY $809.94
HELD IN GROW FINANCIAL CREDIT
UNION ACCOUNT 0001522160553

    Defendant.

## ORDER DIRECTING ISSUANCE OF
## A WARRANT OF ARREST *IN REM*

THIS CAUSE is before the Court on the United States' Motion for Issuance of a Warrant of Arrest *in Rem* for (1) $919,251.94 seized from three accounts at Grow Financial Credit Union, held in the name of Ramon Christopher Blanchett; and (2) a 2016 silver Lexus RC 350 registered in the name of Blanchett; and (3) approximately $809.94 held in Blanchett's Grow Financial account number 0001522160553 (collectively, the Defendant Assets).

The Court finds that the $919,251.94 seized from three accounts at Grow Financial, held in the name of Ramon Christopher Blanchett and a

2016 silver Lexus RC 350 registered in the name of Blanchett are in the government's possession, custody, and control.

The Court further finds the facts set forth in the Verified Complaint demonstrate that probable cause exists to believe that the approximately $809.94 held in Blanchett's Grow Financial account number 0001522160553, is the proceeds of his wire fraud, and is therefore subject to forfeiture to the United States.

Accordingly, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that the Motion for Issuance of Warrant of Arrest *in Rem* for the Defendant Assets is granted.

It is **FURTHER ORDERED** that, pursuant to Rule G(3)(b)(i) and (ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk is directed to issue a Warrant of Arrest *in Rem* for the Defendant Assets in the above-styled action.

**ORDERED** in Tampa, Florida, this 24th day of January, 2019.

ANTHONY E. PORCELLI
UNITED STATES MAGISTRATE JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record