

# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| PLAINTIFF United States of America | COURT CASE NUMBER 8:19-cv-144-T-27AEP |
|---|---|
| DEFENDANT $919,251.94 Seized from Three Grow, et al. | TYPE OF PROCESS Execution of Warrant of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| James A. Muench, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the attached Warrant of Arrest in Rem, please seize the 2016 silver Lexus RC 350.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO. (813) 274-6000 | DATE 1/30/19 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS    1/31/19

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE 1/31/19 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL, SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing<br>In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 1/31/19 | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE TITLE AND TREASURY AGENCY<br>J. cuburtoe / Special Agent / AKG | | |

REMARKS: Vehicle was seyed from TPP on 8/24/18 Based on warrant served on 8/17/18