[Print Form]



# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| | | | |
|---|---|---|---|
| PLAINTIFF | United States of America | COURT CASE NUMBER | 8:19-cv-144-T-27AEP |
| DEFENDANT | Approximately $809.94 held in Grow Acct | TYPE OF PROCESS | Execution of Warrant of Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
GROW FINANCIAL CREDIT UNION
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James A. Muench, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the attached Warrant of Arrest in Rem, please seize approximately $809.94 held in Grow Financial Credit Union Account 00001522160553.

Signature of Attorney or other Originator requesting service on behalf of  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NO. (813) 274-6000
DATE 1/30/19

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___
District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 1/31/19

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 2/8/19
TIME OF SERVICE [X] AM [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY
Special Agent / ATF

REMARKS: Arrest warrant was served 2/8/19 and Bank provided check 2/26/19

TD F 90-22.48 (6/96)